IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

A. L. B., Mother of E.B.M. and
P.M.S.H., minor children,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D16-1606

v.

FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES,

Appellee.

_____/

Opinion filed August 22, 2016.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Appellant, pro se.

Dwight O. Slater, Appellate Counsel, Tallahassee for Department Children and
Families.  Kelley Schaeffer of Guardian ad Litem Program, Sanford, for Appellee.

PER CURIAM.

        AFFIRMED.

B. L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.